## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION and BROOKE SONNTAG

        Plaintiffs,

v.                                                    Civil Action No. 06-2412-JWL-DJW

THORMAN & WRIGHT CORP., ET AL.

        Defendants.

## STIPULATION FOR THE PROTECTION AND
## EXCHANGE OF CONFIDENTIAL INFORMATION

The parties to the above action hereby agree:

**NOW** on this 21st day of June, 2007, it is hereby ordered as follows:

1. This Order shall apply to the Simplex Grinnell Severance Agreement (hereinafter "Confidential Materials") produced by Plaintiffs pursuant to the Court's Order of June 5, 2007, to which the producing party asserts a claim of confidentiality.

2. From the date of this Order forward, the parties shall mark any Confidential Materials with appropriate language or stamps, such as "Confidential."

3. Confidential Materials shall be disclosed to and viewed by only the receiving parties, their counsel of record, paralegals, assistants, secretaries, and deposition or trial witnesses ("Authorized Persons") and only in connection with the above-captioned litigation, as described herein. Such Authorized Persons may work with representatives of Simplex Grinnell regarding the Confidential Materials in connection with this litigation. The parties and their counsel agree that they shall not disclose, shall not permit others to disclose and shall take prudent steps to prevent disclosure of Confidential Materials to unauthorized persons.

2

4.    Unless leave of the Court, if any, or consent of the producing party is first obtained as outlined above, Confidential Materials shall be used by the receiving party solely in connection with the above-captioned litigation, including appeals.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 21st day of June, 2007.

                                                        s/ David J. Waxse  
                                                       David J. Waxse  
                                                       United States Magistrate Judge

cc:    All counsel and *pro se* parties

Submitted by,

/s/ Andrea G. Baran
Andrea G. Baran, Attorney - MO Bar No. 46520
EEOC
400 State Ave.
Ste. 905
Kansas City, KS 66101
913-551-5848 (office - direct)
913-551-5656 (office - main)
913-551-7895 (fax)
andrea.baran@eeoc.gov
ATTORNEY FOR PLAINTIFF EEOC

/s/ Amy Coopman
Amy Coopman - KS Bar No. 17314
FOLAND, WICKENS, EISFELDER, ROPER & HOFER, P.C.
911 Main Street, Suite 3000
Kansas City, MO  64105
816-460-2887 direct dial
816-472-6262 fax
acoopman@fwpclaw.com
ATTORNEY FOR PLAINTIFF BROOKE SONNTAG

/s/ Andrea Gould McCarthy
GOULD, THOMPSON & BUCHER, P.C.
Donald Bucher - KS Bar # 08988
Andrea Gould McCarthy – KS Bar # 19201
1441 E. 104th
Suite 100
Kansas City, MO 64131
Phone:  (816) 943-0010
Fax:  (816) 943-0016
donbucher@gtb-law.com
andimccarthy@gtb-law.com
ATTORNEYS FOR DEFENDANTS